UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KENNETH H. MANNING,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>JAHNA LINDMUTH; et al.,<br><br>        Defendants - Appellees. | No. 19-35183<br><br>D.C. No. 3:18-cv-00208-SLG<br>U.S. District Court for Alaska, Anchorage<br><br>**MANDATE** |

The judgment of this Court, entered October 22, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                              FOR THE COURT:

                                              MOLLY C. DWYER
                                              CLERK OF COURT

                                              By: Quy Le
                                              Deputy Clerk
                                              Ninth Circuit Rule 27-7